IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARYL A. ROYSTER,
    Plaintiff,

vs.                                           Case No. 3:07cv57/RS/EMT

ESCAMBIA COUNTY SCHOOL BOARD, et al.,
     Defendants.
_____/

## O R D E R

       This matter is before the court on Plaintiff's motion for leave to proceed in forma pauperis (IFP) (Doc. 5).  Upon review of the motion and attached financial affidavit, the court concludes that Plaintiff has failed to provide information required by the court in its previous order denying Plaintiff's previous IFP motion (*see* Docs. 2, 4); therefore, the instant motion shall be denied.

       In the affidavit of financial status that Plaintiff provided with his first IFP motion (Doc. 2), Plaintiff failed to complete Section IV.5. of the affidavit which asks whether he receives support from a family member (*see* Doc. 2).  Additionally, the court noted that Plaintiff stated that he made monthly payments on debts in the amount of $3,200.00, but he provided no information regarding the source of income from which he paid the obligations, much less how he was able to sustain himself with food, shelter, utilities, and the like (*id.*).  Therefore, this court denied Plaintiff's IFP motion without prejudice and directed that if Plaintiff chose to submit a new IFP motion, he must explain in Section IV.7. of the affidavit how he is able to provide for his basic necessities and pay the monthly debts that he stated he paid (*see* Doc. 4).

       Plaintiff has now filed the instant IFP motion in which he states that he makes monthly payments on debts in the amount of $4,300.00, but he failed to comply with the court's previous order directing him to explain how he is able to provide for his basic necessities and pay the monthly debts that he states he pays.  In light of Plaintiff's failure to provide information required by the

court, which is necessary in assessing Plaintiff's qualification to proceed IFP, the instant motion will be denied.

In order to proceed with this case, Plaintiff must either pay the full filing fee of $350.00 or file a properly completed in forma pauperis application. If he chooses to submit a new in forma pauperis application, he should explain in Section IV.7. of the financial affidavit how he is able to provide for his basic necessities and pay him monthly debts, so the court has sufficient information upon which to consider his eligibility to proceed in forma pauperis.

Accordingly, it is **ORDERED**:

1. The clerk of court is directed to send Plaintiff a copy of the forms for non-prisoner pro se parties to request leave to proceed in forma pauperis. This case number shall be written on the forms.

2. Plaintiff's motion to proceed in forma pauperis (Doc. 5) is **DENIED WITHOUT PREJUDICE**. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the full $350.00 filing fee, or submit a motion to proceed in forma pauperis with a properly completed affidavit of financial status as directed in this order.

3. Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 21st day of February 2007.

                                                  /s/ *Elizabeth M. Timothy*
                                                  **ELIZABETH M. TIMOTHY**
                                                  **UNITED STATES MAGISTRATE JUDGE**