IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARYL A. ROYSTER,
     Plaintiff,

vs.                           Case No.: 3:07cv57/RS/EMT

ESCAMBIA COUNTY SCHOOL BOARD,
et al.,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

     This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  On February 21, 2007, this court entered an order giving Plaintiff thirty (30) days in which to pay the filing fee or submit a motion to proceed in forma pauperis with the properly completed affidavit of financial status (Doc. 6).  Plaintiff failed to respond to the order, therefore, on March 29, 2007, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 7).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

     Accordingly, it is respectfully **RECOMMENDED**:

     That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

     At Pensacola, Florida, this 20th day of April 2007.


                      /s/ *Elizabeth M. Timothy*
                      **ELIZABETH M. TIMOTHY**
                      **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).