IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARYL A. ROYSTER,

    Plaintiff,

vs.                                    CASE NO. 3:07cv57/RS

ESCAMBIA COUNTY SCHOOL BOARD,
et al,

    Defendants.
_____/

## ORDER

    Before me is the Magistrate Judge's Report and Recommendation (Doc. 8) and Plaintiff's Motion to Re-Instate (Doc. 9), which I will consider to be Plaintiff's objections to the Report and Recommendation. Plaintiff contends that he filed motions for leave to proceed in forma pauperis "several times." However, Plaintiff's motions were denied by the Order (Doc. 4) dated February 2, 2007, and the Order (Doc. 6) dated February 21, 2007, both of which directed Plaintiff to file a motion to proceed in forma pauperis with a properly completed affidavit of financial status. Plaintiff failed to comply with both Orders. Plaintiff then failed to respond to the Order (Doc. 7) which directed him to show cause why the case should not be dismissed because of his failure to comply with the most recent Order (Doc. 6). I have considered Plaintiff's objections *de novo*.

    **IT IS ORDERED**:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is dismissed without prejudice because of Plaintiff's failure to

       comply with an order of the court.

3.      The clerk is directed to close the file.

ORDERED on April 26, 2007.

                                /S/ Richard Smoak  
                                **RICHARD SMOAK**  
                                **UNITED STATES DISTRICT JUDGE**